```
GAIL SHIFMAN
ATTORNEY AT LAW
601 California Street
Suite 1800
San Francisco, CA  94108
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

Attorney for Defendant
DANNY PEREDA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DANNY PEREDA,<br><br>          Defendant. | Case No. 11-CR-0119 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING |

   Plaintiff, by and through its attorney of record, and defendant Danny Pereda, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

   1.   That the parties are currently scheduled for sentencing on January 7, 2013 at 9:30 a.m.

   2.   That defense counsel has a conflicting court appearance in the Northern District of California on that date.

   3.   That the parties request that the Court vacate the

1  January 7, 2013 sentencing to March 25, 2013 at 9:30 a.m.

2  Probation Officer Miranda Lutke is in agreement with this change.

3  Dated: December 13, 2012 _____/s/_____
4                                      Jason Hitt
5                                      Assistant United States Attorney

6  Dated: December 13, 2012 _____/s/_____
7                                      Gail Shifman
                                    Attorney for Defendant Danny Pereda

**ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the January 7, 2013 sentencing shall be vacated and continued until March 25, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: December 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE