UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DANNY PEREDA,<br><br>        Defendant. | NO. 2:11-cr-119 WBS<br><br>ORDER |

----oo0oo----

On October 22, 2018, defendant Danny Pereda filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 299.) The United States has filed an opposition (Docket No. 300), and defendant has filed a motion for leave to file a reply and additional time to file a reply (Docket No. 302).

Defendant's requests for leave to file a reply and

1

```
 1  additional time for filing are hereby GRANTED.  Defendant may
 2  file a reply no later than January 14, 2019.  The court will then
 3  take the motion to reduce sentence under submission and will
 4  inform the parties if oral argument or further proceedings are
 5  necessary.
 6          IT IS SO ORDERED.
 7  Dated:  November 28, 2018
 8                                  WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
 9
```