UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, Plaintiff, v. DANNY PEREDA, Defendant. | No. 2:11-cr-119-05 WBS KJN ORDER |

----oo0oo----

On March 2, 2020, defendant Danny Pereda filed two motions for nunc pro tunc sentencing.[1] (Docket Nos. 344, 345.) The United States shall file any opposition to defendant's motions no later than thirty (30) days from the date of this order. Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States'

---

[1] The two motions have different handwriting, and the second motion includes defendant's signature and one additional page stating that the defendant was including a "missing signature copy" of the motion. The two motions otherwise appear to be identical.

1

opposition.  The court will then take the motions under submission and will inform the parties if oral argument or further proceedings are necessary

IT IS SO ORDERED.

Dated: March 4, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE