UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>DANNY PEREDA,<br><br>        Defendant. | No. 2:11-cr-119-05 WBS KJN<br><br><br>ORDER |

----oo0oo----

On March 2, 2020, defendant Danny Pereda filed two motions for nunc pro tunc sentencing.[1] (Docket Nos. 344, 345.) Defendant argues that he is entitled to a credit for time served on a prior federal conviction "that was deemed part of the drug conspiracy" at issue in the instant case. Defendant points to his presentence report, which notes that on January 22, 2010, he

---

[1] The two motions have different handwriting, and the second motion includes defendant's signature and one additional page stating that the defendant was including a "missing signature copy" of the motion. The two motions otherwise appear to be identical.

1

was convicted in the United States District Court for the Northern District of California, for possession of cocaine with intent to distribute. (See PSR ¶¶ 41-42 (Docket No. 321).)[2]

The court acknowledges that the offense in this case is also a drug offense -- conspiracy to distribute and possess with intent to distribute at least 500 grams of methamphetamine, at least 5 kilograms of cocaine, and marijuana. (Judgment (Docket No. 163).) However, the judgment states that this offense was completed on June 27, 2007. (Id.) Further, the factual basis attached to defendant's plea agreement states that his involvement in the conspiracy at issue in this case began in approximately April 2004 and continued up to June 2007. (Plea Agreement Ex. A (Docket No. 94).)[3]

In contrast, the conduct defendant points to in the presentence report occurred in 2008 and 2009, after the conspiracy at issue in this case. (See PSR ¶¶ 41-42.) In other words, the conduct at issue in defendant's conviction in the Northern District of California in 2010, while part of his criminal history, was entirely separate and distinct from the conduct which formed the basis for his conviction in this case. Accordingly, defendant is not entitled to credit for the time served as a result of that prior conviction.

IT IS THEREFORE ORDERED THAT defendant's motions for

---

[2] According to the presentence report, defendant received a sentence of 46 months' imprisonment as a result of his conviction in the Northern District.

[3] Similarly, the indictment in this case discusses conduct occurring about June 1, 2003 and continuing through about June 27, 2007. (Docket No. 1.)

2

nunc pro tunc sentencing (Docket Nos. 344, 345) be, and the same hereby are, DENIED.

Dated: May 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE