UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | No. 2:11-cr-119 WBS KJN |
| Plaintiff, | |
| v. | ORDER |
| DANNY PEREDA, | |
| Defendant. | |

----oo0oo----

On July 6, 2020, defendant Danny Pereda filed a motion to reduce his sentence under Section 404 of the First Step Act. (Docket No. 355.)  The United States shall file any opposition to defendant's motion no later than thirty (30) days from the date of this order.  Defendant may file a reply no later than twenty-one (21) days from the date of the filing of the United States' opposition.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated:  July 15, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1