UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | No. 2:11-cr-119 WBS KJN |
|       Plaintiff, | |
|   v. | ORDER |
| DANNY PEREDA, | |
|       Defendant. | |

----oo0oo----

      On July 6, 2020, defendant Danny Pereda filed a motion to reduce his sentence under Section 404 of the First Step Act. (Docket No. 355.)[1] Under the First Step Act, § 404(b), 132 Stat. 5194, 5222 (2018), certain defendants convicted of crimes involving cocaine base, more commonly referred to as crack cocaine, may obtain a retroactive sentence reduction under the Fair Sentencing Act of 2010. United States v. Kelley, 962 F.3d

---

[1] Defendant was given 21 days from the filing of the government's opposition to file his reply. (Docket No. 356.) No reply was filed within that time.

1

470, 472 (9th Cir. 2020).

Notably, the statute under which Pereda was convicted, 21 U.S.C. § 841, distinguishes between offenses involving cocaine, § 841(b)(1)(A)(ii)(II), and offenses involving cocaine base, § 841(b)(1)(A)(iii).  In Pereda's case, he was convicted of conspiracy to distribute and possess with intent to distribute at least 500 grams of methamphetamine, at least five kilograms of cocaine, and marijuana.  He was not convicted of any crime involving crack cocaine or cocaine base.  (Docket Nos. 1 (Indictment), 94 (Plea Agreement), 163 (Judgment), 338 (Sentencing Tr.).)

Absent a conviction for an offense involving cocaine base, defendant is not eligible for a sentence reduction under § 404(b).  United States v. Gonzalez-Oseguera, Crim. No. 06-00593 HG-01, 2019 WL 1270916, *2 (D. Haw. Mar. 19, 2019); accord Kelley, 962 F.3d at 472 ("[T]he First Step Act permits a defendant who was sentenced for a crack cocaine offense to move the court to 'impose a sentence as if' the First Step Act had been in effect at the time the defendant committed the offense . . . .").  Accordingly, defendant's motion under the First Step Act (Docket No. 355) is DENIED.

IT IS SO ORDERED.

Dated: September 25, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE