UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Respondent,<br><br>      v.<br><br>DANNY PEREDA,<br><br>           Movant. | No.  2:11-cr-0119 WBS KJN P<br><br><br>ORDER |

Movant has requested a second extension of time to file a reply to the government's opposition to the § 2255 motion. Movant seeks an additional two months. However, movant's first extension of time does not expire until December 4, 2020. Therefore, the motion is partially granted; movant shall file his reply on or before January 15, 2021.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Movant's request for an extension of time (ECF No. 370) is partially granted; and

2. Movant is granted up to and including January 15, 2021, in which to file his reply,

Dated: November 17, 2020

/pere0119.236b

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1