UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DANNY PEREDA,<br><br>Movant. | No.  2:11-cr-0119 WBS KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner, proceeding pro se.  On March 1, 2021, movant requested to withdraw his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255.

On October 4, 2020, respondent filed a motion to dismiss and opposition to the § 2255 motion on multiple grounds:  (1) movant's claims are waived by his plea agreement; (2) because movant's conviction became final on September 11, 2014, the June 25, 2020 motion is untimely; (3) the motion lacks merit.  (ECF No. 366.)  Movant was granted multiple extensions of time to file his reply; on March 1, 2021, movant was granted an additional sixty days in which to file his reply.

In his motion to withdraw, movant claims the prison is on lockdown due to the snow storm, and the inmate helping movant was just awarded clemency and will be released.  (ECF No. 381.)

////

1

Accordingly, IT IS HEREBY ORDERED that respondent notify this court, within fourteen days, whether they have any objection to the withdrawal of the § 2255 motion. Should respondent fail to respond, movant's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pere0119.59a