UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES, | No. 2:11-cr-119-05 WBS KJN |
| Plaintiff, | |
| v. | ORDER |
| DANNY PEREDA, | |
| Defendant. | |

----oo0oo----

Defendant Danny Pereda has filed a motion to be provided with transcripts at government expense.  (Docket No. 312.)  Defendant requested the transcripts and certain other documents to assist in briefing his appeal of the court's order filed January 29, 2019.  (See Docket No. 305; see also Mot. at 1; Objections to Findings & Recommendations at 3 (Docket No. 320).)  However, the Ninth Circuit has since denied that appeal.  (Docket No. 343.)  Accordingly, the motion to be provided transcripts and certain other documents is DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  March 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1