UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DANNY PEREDA,<br><br>Movant. | No. 2:11-cr-0119 WBS KJN P<br><br><br><br>ORDER |

Movant is a federal prisoner, proceeding pro se. On March 1, 2021, movant requested to withdraw his motion to vacate, set aside or correct his sentence under 28 U.S.C. § 2255. On March 8, 2021, respondent was ordered to notify the court within fourteen days whether the government had any objection to such withdrawal. Respondent has not filed an opposition.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request to withdraw his § 2255 motion (ECF No. 381) is granted;

2. The § 2255 motion (ECF No. 351) is withdrawn and terminated;

3. The respondent's motion to dismiss (ECF No. 366) is dismissed as moot; and

4. The Clerk of the Court is directed to close Case No. 2:20-cv-1279 WBS.

Dated: April 8, 2021

/pere0119.dm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1